UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KINGSTON ASIMIGA,                                                      :
                                                                       :
                      Plaintiff,                                       :
                                                                       :      22 Civ. 9893 (JPC)
     -v-                                                              :
                                                                       :      ORDER
ASHLEY SIMELA MD, *et al.*,                                            :
                                                                       :
                      Defendants.                                      :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant Ashley Simela removed this case from the Supreme Court of the State of New York, County of Bronx, on November 21, 2022. Dkt. 1. On November 30, 2022, Defendant filed a Proposed Order of Remand, which indicated that Plaintiff's claims against her had been discontinued prior to removal. Dkt. 3. Plaintiff shall file a letter by December 13, 2022, informing the Court whether he opposes the Proposed Order of Remand.

       SO ORDERED.

Dated: December 5, 2022
       New York, New York                                    JOHN P. CRONAN
                                                                   United States District Judge